UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:22-CR-00086-TFH |
| | ) | JUDGE HOGAN |
| | ) | |
| MICHAEL LEE ROCHE | ) | |

**DEFENDANT'S NOTICE OF ERRATA**

Defendant Michael Lee Roche respectfully gives notice of typographical errors in his Motion to Dismiss Count 1 (docket entry 39), which moves to dismiss his charge under 18 U.S.C. § 1512(c)(2). At pages 3 and 4 of the motion, reference is made to § 1512(b)(1) and § 1512(b)(2), whereas the correct reference is to § 1512(c)(1) and § 1512(c)(2). At page 6 in footnote 1, reference is made to § 1512(a)(2), whereas the correct reference is to § 1512(c)(2).

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Michael Lee Roche

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, I electronically filed the foregoing Defendant's Notice of Errata with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Christopher Amore, Assistant United States Attorney, DOJ-USAO, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102.

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN