UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                 ) | No. 1:22-CR-00086-TFH |
| ) | JUDGE HOGAN |
| ) | |
| MICHAEL LEE ROCHE                  ) | |

## MOTION TO BE RELIEVED AS COUNSEL AND FOR THE APPOINTMENT OF A C.J.A. PANEL ATTORNEY

Comes now, undersigned counsel for Michael Lee Roche and hereby moves the Court, pursuant to LCrR 44.5 to relieve her as attorney of record in this matter and to appoint counsel from the Criminal Justice Act to represent Mr. Roche. In support of this motion, counsel would state and show that Mr. Roche's case is set for a status conference on December 21, 2022. As previously stated on the record, undersigned counsel will be retiring from the Office of the Federal Public Defender effective December 31, 2022. She has discussed the retirement and the filing of this motion with Mr. Roche.

Mr. Paul Bruno, C.J.A. Panel member, from the Middle District of Tennessee in Nashville, Tennessee has agreed to accept the appointment to represent Mr. Roche.

For the reasons stated above, undersigned counsel moves this Court to relieve her as counsel of record and appoint Mr. Paul Bruno, counsel from the Criminal Justice Act Panel to represent Mr. Roche.

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Michael Lee Roche

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2022, I electronically filed the foregoing Motion to be Relieved as Counsel and for the Appointment of a C.J.A. Panel Attorney with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Christopher Amore, Assistant United States Attorney, DOJ-USAO, District of New Jersey, 970 Broad Street, Suite 700, Newark, NJ 07102 and via email to Mr. Paul Bruno at pbruno@barrettjohnston.com.

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN