UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:22-CR-00086-BAH** |
| | ) | **CHIEF JUDGE BERYL A. HOWELL** |
| **MICHAEL LEE ROCHE** | ) | |

**NOTICE**

Comes now Michael Lee Roche, by and through counsel, Paul Bruno, and hereby notifies the Court and the government that he does not object to the video evidence on the government's exhibit list being made publicly available without restriction.

Respectfully submitted,

s/ *Paul Bruno*
Paul Bruno, B.P.R. #17275
Attorney for Michael Lee Roche
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
pbruno@barrettjohnston.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Notice* has been electronically delivered to Christopher Amore, Assistant United States Attorney, DOJ-USAO, District of New Jersey, 970 Broad Street, Suite 700, Newark, New Jersey 07102, on this the 6th day of March, 2023.

s/ *Paul Bruno*
Paul Bruno