UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 22-CR-86 (BAH) |
| MICHAEL LEE ROCHE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF VIDEO EVIDENCE RE: MICHAEL LEE ROCHE STIPULATED TRIAL**

Per this Honorable Court's March 3, 2023 Minute Order, the United States advises that it has no objection to making publicly available the video exhibits identified on the Government's Exhibit List (ECF No. 53).

Additionally, the Government advises that it incorrectly identified the length of Video Exhibits 7 and 8 on the Government's Exhibit List. The Government hereby submits the below Amended Exhibit List, which corrects the video length for Video Exhibits 7 and 8.

| Exhibit No. | Description / Timestamp of Defendant's Appearance | Length |
|---|---|---|
| 1 | Capitol CCV video showing Defendant entering the Capitol Building through the Senate Fire Door at approximately 2:45 p.m. Defendant is seen in video at 1:45-2:00. | 2:00 |
| 2 | Capitol CCV video showing Defendant with crowd confronting officers in the vicinity of the North Door Appointment Desk at approximately 2:58 p.m. and crowd pushing past officers at approximately 3:01 p.m. Defendant is seen in video at 0:13-0:28 and 1:22-3:21. | 3:30 |
| 3 | Capitol CCV video showing Defendant climbing steps near Senate Office S214 and observing others shuffling through papers on desk at approximately 3:02 p.m. Defendant is seen in video at 0:25-0:35. | 1:10 |
| 4 | Capitol CCV video showing Defendant walking past Upper Senate Door Elevators. Defendant is seen in video at 0:05-0:08 | 0:10 |
| 5 | The New Yorker video showing rioters on the floor of the Senate and the Defendant behind the Vice President's desk at approximately 3:03 p.m. Defendant is seen in video entering Senate Floor at 0:23 | 2:00 |

| Exhibit No. | Description / Timestamp of Defendant's Appearance | Length |
|---|---|---|
|  | and behind the Vice President's desk at 0:25-1:50. |  |
| 6 | Senate Floor camera video showing rioters on the floor of the Senate and the Defendant entering the Senate Floor at approximately 3:03 p.m. Defendant is seen in video at 0:43-6:42. | 7:00 |
| 7 | Capitol CCV video showing the Defendant exiting the Capitol Building through the Senate Carriage Door at approximately 3:10 p.m. Defendant is seen in video at 0:08-0:16 | 0:30 |
| 8 | Facebook video of Defendant in Washington, D.C. after leaving the Capitol Building. Defendant is seen in entire video. | 0:50 |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
NY Bar No. 5032883
Capitol Siege Detailee
601 D. Street, NW
Washington, DC 20001
Christopher.Amore@usdoj.gov
(973) 645-2757