UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 1:22-CR-00086-BAH** |
| | ) | **JUDGE BERYL A. HOWELL** |
| **MICHAEL LEE ROCHE** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Michael Lee Roche, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the convictions and sentences in the judgment (Docket Entry 73) entered by the United States District Court For The District Of Columbia on June 12, 2023, as well as the denial of *Defendant's Motion To Dismiss Count One* (Docket Entry 39) on November 28, 2022, by the United States District Court For The District Of Columbia.

Respectfully submitted,

s/ *Paul J. Bruno*
Paul J. Bruno, B.P.R. #17275
Attorney for Michael Lee Roche
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
pbruno@barrettjohnston.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing *Notice of Appeal* has been electronically delivered to Christopher Amore, Assistant United States Attorney, DOJ-USAO, District of New Jersey, 970 Broad Street, Suite 700, Newark, New Jersey 07102, on this the 20th day of June, 2023.

            s/ ***Paul J. Bruno***
            Paul J. Bruno