UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CR-00086-BAH |
| | ) | JUDGE BERYL A. HOWELL |
| **MICHAEL LEE ROCHE** | ) | |

## MOTION TO PROCEED ON APPEAL *IN FORMA PAUPERIS*

Comes now Michael Lee Roche, by and through counsel, Paul Bruno, and hereby moves the Court to allow him to proceed on appeal *in forma pauperis*. As grounds for this motion, Mr. Roche would submit to the Court that he is indigent and cannot afford to pay the filing fee for the appeal in this case.

On April 27, 2021, Mr. Roche made an oral motion for counsel to be appointed for him. The motion was granted, and the Office of the Federal Public Defender was appointed to represent him. Due to the retirement of the Assistant Federal Public Defender handling this case, present counsel was appointed.

In addition, the Court was able to review Mr. Roche's present financial condition as noted in his presentence investigation report. Based upon that information, the Court found that Mr. Roche did not have the ability to pay a fine, and no fine was imposed.

Further, Mr. Roche will soon begin serving an eighteen-month sentence of imprisonment and will not have the ability to make any significant income.

Based upon the foregoing, Mr. Roche moves the Court to waive any filing fee related to his appeal and to allow him to proceed on appeal *in forma pauperis*.

1

Respectfully submitted,

s/ ***Paul Bruno***
Paul Bruno, B.P.R. #17275
Attorney for Michael Lee Roche
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, TN 37219
(615) 244-2202
pbruno@barrettjohnston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Motion To Proceed On Appeal In Forma Pauperis* has been electronically delivered to Christopher Amore, Assistant United States Attorney, DOJ-USAO, District of New Jersey, 970 Broad Street, Suite 700, Newark, New Jersey 07102, on this the 27th day of June, 2023.

s/ ***Paul Bruno***
Paul Bruno