UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case. No. 22-cr-86 (BAH) |
| ) | |
| MICHAEL ROCHE ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENT TO DEFENDANT'S MOTION FOR RECONSIDERATION

Michael Roche respectfully submits this supplemental filing pursuant to the Court's June 6, 2024 Minute Order requesting that Mr. Roche clarify his position following the Court's hearing on his Motion for Reconsideration. After consulting with undersigned counsel and in light of his current situation, Mr. Roche wishes to withdraw his Motion for Reconsideration.[1] In support, he states as follows:

1) Mr. Roche wishes to be supervised in the District of Arizona, where he lives and where his children reside. He does not have the means to relocate to and reside in the District of Columbia.

2) Mr. Roche was told by the Bureau of Prisons on June 6, 2024 that his new release date moved from June 30, 2024 to this Friday, June 14, 2024 to account for his FSA credits.

---

[1] Undersigned counsel appreciates the Court's arranging an initial opportunity to speak with Mr. Roche following the June 6, 2024 hearing. Despite numerous attempts, undersigned counsel was not able to speak with Mr. Roche following that initial discussion until today, June 11, 2024, and filed this supplement immediately following that conversation.

3) To expedite his release to the District of Arizona, Mr. Roche wishes to withdraw his Motion for Reconsideration.[2]

        Respectfully Submitted,

        A. J. KRAMER
        Federal Public Defender for the
        District of Columbia

        by: _____s/_____
        Isra J. Bhatty
        Assistant Federal Public Defenders
        625 Indiana Avenue, NW
        Washington, D.C. 20004
        202-208-7500

---

[2] Mr. Roche wishes to extend his appreciation to the Court for promptly considering his Motion for Reconsideration and granting him his Federal Rule of Criminal Procedure 32.1 hearing.