UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case. No. 22-cr-86 (BAH)

MICHAEL ROCHE

Defendant.

## JOINT STATUS REPORT

Defendant/Appellant Michael Roche, through undersigned counsel, and the United States of America, hereby respectfully submit the following Joint Status Report pursuant to this Court's Order dated March 28, 2024 (ECF 93), and state as follows.

1. On March 28, 2024, this Court issued an Order granting Mr. Roche's respective Motion for Release Pending Appeal and set deadlines for Mr. Roche to be released from custody when he had served twelve months of incarceration, the statutory maximum on the misdemeanor offenses to which he pleaded guilty. The Court took this action as Mr. Roche sought to challenge on appeal whether he could be charged with obstruction of an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), regarding his conduct on January 6, 2021.

2. At the time Mr. Roche sought release on appeal, the Supreme Court had granted certiorari in *United States v. Fischer*, No. 23-5572, 2023 WL 8605748 (Dec. 13, 2023), which addressed the identical challenge to the obstruction statute raised by Mr. Roche in his motion to dismiss, which was denied by this Court.

3. In its March 28, 2024 Order (ECF 93), this Court ordered that the parties submit a joint status report following the Supreme Court's issuance of a decision in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), cert. granted, No. 23-5572, 2023 WL 8605748 as to further proceedings in this case, including whether defendant's release pending appeal should be revoked.

4. On June 28, 2024, the United States Supreme Court reversed the decision of the D.C. Circuit in *United States v. Fischer* and remanded for further proceedings consistent with its decision.

5. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." *Fischer*, 603 U.S. ___, 2024 WL 3208034 at *6. However, it is the government's position that the Court did not reject the application of section 1512(c)(2) to January 6 whole cloth. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding – such as witness testimony or intangible information– or attempted to do so. *Id.* at 6, 10. The Supreme Court has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of the *Fischer* decision. The government is still evaluating the *Fischer* decision, which affects many defendants in this District.

6. In light of the remand to the Circuit and the ongoing litigation in *Fischer*, coupled with this Court's previously issued order regarding Mr. Roche's release, the parties agree that Mr. Roche's release pending appeal should remain in place.

WHEREFORE, the parties respectfully request that the Court's release order remain in effect though the pendency of Mr. Roche's appeal.

                                              Respectfully Submitted,

                                              A. J. KRAMER

                                              Federal Public Defender for the
                                              District of Columbia

                                              by:_____s/_____
                                              Isra J. Bhatty
                                              Assistant Federal Public Defenders
                                              625 Indiana Avenue, NW
                                              Washington D.C. 20004
                                              202-208-7500

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    *s/ Christopher D. Amore*
           Christopher D. Amore
           Assistant United States Attorney
           Capitol Siege Section Detailee
           NY Bar No. 5032883
           970 Broad Street, Suite 700
           Newark, New Jersey 07102
           (973) 645-2757
           Christopher.Amore@usdoj.gov